**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 98-20109
_____

CELIA SCHWARZ, Individually as next friend of Erica Greenstein
and Jared Greenstein, Minors; ERICA GREENSTEIN; SEYMOUR
GREENSTEIN; JARED GREENSTEIN

Plaintiffs-Appellants,

VERSUS

BLOCK DRUG CO. INC.; ET AL,

Defendants,

BLOCK DRUG CO. INC.; BLOCK DRUG CORP.

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-96-CV-3055)
_____

April 15, 1999

Before GARWOOD, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the briefs and
arguments of counsel, we conclude that the Plaintiffs produced no
evidence that the Defendant drug manufacturer knew or should have
known its product was likely to cause brain tumors in children.
Under comment K of the Restatement of Torts (Second) § 402A, a drug
manufacturer is responsible in damages only if it failed to warn of

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

a defect of which it knew or should have known.  Therefore, the district court correctly granted summary judgment.

AFFIRMED.